### UNITED STATES of America, Plaintiff–Appellee,

v.

### Fernando NUNEZ–FLORES, aka Alfonso Barrutia–Gonzalez, aka Fernando Flores Nunez, aka Fernando Nunez Flores, Defendant–Appellant.

### No. 13–10092.

United States Court of Appeals, Ninth Circuit.

ed by 9th Cir. R. 36–3.

Submitted Feb. 26, 2015.*

Filed March 10, 2015.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff-Appellee.

Jack L. Lansdale, Jr., Esquire, Law Offices of Jack L. Landsdale, Jr., Tucson, AZ, for Defendant-Appellant.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

ORDER **

Appellee's Unopposed Motion to Vacate Sentence and Remand for Resentencing, filed February 4, 2015, is **GRANTED.** The filing of this order shall serve as the court's mandate.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2)

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3

